11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Leonard McKeith Hill

Appellant 

Vs.                   No.  11-02-00249-CR B Appeal from Dallas County

State of Texas

Appellee

 

Appellant has filed in this court pro se
motions to dismiss his appeal.  Appellant
states in his motions that he no longer wishes to proceed with his appeal.  The motions are granted.  TEX.R.APP.P. 42.2.

The appeal is dismissed.

 

PER CURIAM

 

April 17, 2003

Do not publish.  See TEX.R.APP.P. 47.2(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.